UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | UNDER SEAL |
| | ) | |
| A BUSINESS AND RESIDENCE | ) | Case No. 4:22-mj-31 |
| LOCATED AT 3 STOCKBRIDGE COURT, | ) | |
| SAVANNAH, GEORGIA, 31419, | ) | |
| DBA: WILL'S OPTICS LLC | ) | |

## MOTION TO SEAL

The United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Special Assistant United States Attorney, respectfully moves the Court for an Order to seal the search warrant application and affidavit submitted on April 7, 2022, for the reasons described in paragraph 14 of the affidavit, excepting only such disclosures as necessary to effect service of process.

This 8th day of April, 2022.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Darron J. Hubbard*

Darron J. Hubbard
Special Assistant United States Attorney
IL Bar No. 6313078