AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A BUSINESS AND RESIDENCE LOCATED AT 3 STOCKBRIDGE COURT, SAVANNAH, GEORGIA, 31419, DBA: WILL'S OPTICS LLC | )<br>)<br>)   Case No.   4:22-mj-31<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Georgia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachement A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____April 22, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Benjamin W. Cheesbro_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 8, 2022 4:54 pm          _____[signature]_____
                                                                              *Judge's signature*

City and state:   Brunswick, Georgia               United States Magistrate Judge Benjamin W. Cheesbro
                                                                  *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 3 Stockbridge Court, Savannah, GA 31419





## ATTACHMENT B

*Particular Things to be Seized*

All evidence of violations of Title 18, United States Code, Section 641 involving MAWL-X1 Lasers, including:

1. MAWL-X1 Lasers and any parts thereof;
2. Records and information relating to MAWL-X1 Lasers, to include but not limited to user manuals, packaging, shipping labels, work orders, invoices, repair requests and repair estimates;
3. Records and information related to the identification, advertisement, purchase, sale, transport or transfer of MAWL-X1 Lasers, including any correspondence regarding the same;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:22-mj-31 | 4/13/2022 @ 0800 | Carl Williams |

Inventory made in the presence of: SA David Cockrum

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-13-22

Executing officer's signature

David Cockrum, Special Agent
Printed name and title

FORM BIS 7019 LF
(4-89)

U.S. DEPARTMENT OF COMMERCE
BUREAU OF EXPORT ADMINISTRATION

OFFICE OF EXPORT ENFORCEMENT
# EVIDENCE/PROPERTY INVENTORY LOG




| DATE: 4/13/22 | EVIDENCE VAULT LOCATION: | CASE NUMBER: EE/017666666/22 |
|---|---|---|
| OBTAINED FROM: 3 Stockbridge Ct. Savannah Ct. Savannah Ga. | | SPECIAL AGENT: David Cockrum |
| | | HOW OBTAINED: Search Warrant |

| ITEM NO. | QTY | DESCRIPTION |
|---|---|---|
| 1 | 1 | Firearm: Make: Palmetto State Armory Model: PA-15 Multi (Pistol) SN: SCD016698 Optic: SN: 1401DG14356 |
| 2 | 1 | Firearm: Make: Palmetto State Armory Model: PA-15 (rifle) SN: LW152715 |
| 3 | 1 | Firearm: Make: Anderson Manufacturing Model: AM-15 (Pistol) SN: 19165621 |
| 4A | 60 | RDS 223 Ammunition |
| 4B | 181 | RDS 223 Ammunition |
| 5 | 7 | Magazines AR Style |
| 6 | 1 | Ballistic Vest w/ Plates |
| 7A | 725 | rds Ammunition 223 mixed |
| 7B | 17 | Magazines - 16 30rd - 1 50rd Drum |
| 8 | 1 | Suspected Marijuana unknown weight |